UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-445-MWF(MANx)**                                    Dated: **October 6, 2015**

Title:       Jose Martinez -v- Golden Cove, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                      None Present
    Relief Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                     None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Mediation Report filed October 2, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 2, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                         Initials of Deputy Clerk   cw
CIVIL - GEN